FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y.

JUN 29 2016 ★

LONG ISLAND OFFICE

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

JUN 29 2016 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
IN RE HURRICANE SANDY CASES
-----------------------------------------------------------X
MICHAEL TOWERS,

                Plaintiff,

   -against-

THE STANDARD FIRE INSURANCE COMPANY
and CHUBB INDEMNITY INSURANCE COMPANY,

                Defendants.
-----------------------------------------------------------X

Case No.: 14 cv 1676 (LDW)
(AKT)

**STIPULATION AND ORDER
OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED that, pursuant to Rule 4l(a)(I)(A)(ii) of the Federal Rules of Civil Procedure, the claims of Plaintiff, Michael Towers ("Plaintiff"), against Defendant, Chubb Indemnity Insurance Company ("Chubb"), are dismissed with prejudice, with Plaintiff and Chubb each to bear their own costs and attorneys' fees.

IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be executed in counterparts with email, PDF or facsimile signatures treated as originals.

QUATELA, HARGRAVES & MARI, PLLC

By: /s/ *Scott J. Kreppein*
    Scott J. Kreppein
*Attorneys for Plaintiff*
888 Veterans Memorial Highway, Suite 530
Hauppauge, New York 11788
(631) 482-9700

ROSNER NOCERA & RAGONE, LLP

By: /s/ *Justin V. Buscher*
    Justin V. Buscher
*Attorneys for Defendant
Chubb Indemnity Insurance Company*
61 Broadway, Suite 1900
New York, New York 10006
(212) 635-2244

SO ORDERED:

_____
U.S.D.J., Leonard D. Wexler
Dated: Central Islip, New York
       6/29 , 2016

1